FILED
CHARLOTTE, NC
APR 09 2012
U.S. DISTRICT COURT
WESTERN DISTRICT OF NC

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | DOCKET NO. 3:12mj89 |
| | ) | |
| v. | ) | |
| | ) | |
| NAKIA MONICA BROWN | ) | |
| TRINA MONIQUE YOUNG | ) | |
| TIFFANY SHERISE YOUNG | ) | ORDER SEALING COMPLAINT |

THIS MATTER came before the Court upon a motion of the United States of America, by and through Anne M. Tompkins, United States Attorney for the Western District of North Carolina, for an Order directing that the Clerk of Court seal the Complaint, Complaint Affidavit and Arrest Warrant, and the Court being fully advised in the premises,

**IT IS HEREBY ORDERED** that the Clerk of Court shall seal the Complaint, Complaint Affidavit and Arrest Warrant in this case, except for copies of the arrest warrant to be provided to the United States Postal Inspection Service and the United States Marshals Service. The Complaint, Complaint Affidavit and Arrest Warrant shall be unsealed at the time any of the defendants have their Initial Appearance in Court.

**DONE AND ORDERED** this 9 day of April, 2012.

_____
DAVID S. CAYER
UNITED STATES MAGISTRATE JUDGE